UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61857-Civ-COOKE/WHITE
(14-60063-CR-COOKE)

MONIQUE SMITH,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

# FINAL JUDGMENT DENYING HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY

Following a review of the record, I adopt the report and recommendation of Magistrate Judge White [ECF 10]. The habeas corpus petition [ECF 1] is **DENIED.** Any pending motions are **DENIED as moot**, and this case is **CLOSED**.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, this Court **DENIES** a Certificate of Appealability in this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 27th day of September 2017.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Monique Smith, pro se*
*Reg. No. 05067-104*
*FCC – Coleman*
*Inmate Mail/Parcels*
*P.O. Box 1027*
*Coleman, FL 33521-1027*

*Counsel of Record*